# IN THE SUPREME COURT OF THE STATE OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN THE MATTER OF: )
)
ESTABLISHMENT OF THE )  **ORDER**
COMMISSION ON TECHNOLOGY )
AND RELATED COMMITTEES )

FILED
JAN 29 2002
Ed Smith
CLERK OF SUPREME COURT
STATE OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WHEREAS,** there is a need to establish a clear vision and plan for automation and technology in the Montana Court System that promotes the rights of citizen participation in state government, examination of documents, and observance of deliberations of public bodies while protecting the right of individual privacy; and

**WHEREAS,** there is a need to determine the availability, allocation, and use of funds for automation projects consistent with the direction, standards and priorities of the plan; and

**WHEREAS,** there is a need to assess and plan for the establishment of a statewide integrated judicial network; and

**WHEREAS,** there is a need to develop, update and submit for approval statewide technical and security standards for use in court automation projects; and

**WHEREAS,** there is a need to oversee the selection, development, and support of state sponsored court automation systems; and

**WHEREAS,** automation projects are encouraged which utilize technology to enhance court access, efficiency, and management; and

**WHEREAS,** there is a need to review, oversee, and evaluate court technology projects;

**IT IS ORDERED** that there is created a standing Commission on Technology and related committees.

**IT IS FURTHER ORDERED** that the attached policies are adopted to govern the purpose, membership, and structure of this Commission and related committees.

**IT IS FURTHER ORDERED** that the Clerk of this Court give notice of this order by mail to: the District Court Judges; the Clerk of the Supreme Court; the Clerks of the District Court; the Commission on Courts of Limited Jurisdiction and to the Chairperson of the Automation Committee

-**I**-     ORDER

thereof; the State Law Librarian with a request that she post this oider on the State Law Library Webpage; the Executive Director of the State Bar of Montana with a request that he post the ordeι on the State Bar of Montana Webpage; and Brian Wolf, Chief Information Officer for the State of Montana.

/
/
/
/
/
/
/

DATED this 30th day of January, 2002.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

# POLICIES OF THE COMMISSION ON TECHNOLOGY

## A. GENERAL PURPOSE

The Commission on Technology is established as a standing commission of the Montana Supreme Court. The Commission on Technology shall:

1. Establish goals. policies and priorities for the statewide Judicial Branch information Technology Plan.

2. Develop a vision and direction for use of information technology in the courts in the new millennium.

3. Determine the allocation of available funds for automation requests and projects consistent with the direction, standards, and priorities of the Information Technology Plan. The Court Administrator shall determine the amount of these funds, which are available for this purpose.

4. Assess and plan for the establishment of a statewide judicial branch communications network, including establishing security standards and procedures.

5. Develop and submit for approval statewide technical standards, which shall be used in all court automation projects, including security, disaster recovery, and communication.

6. Oversee the selection, development, and support of state sponsored automation systems provided by the Court Administrator's Office.

7. Encourage projects that utilize technology to increase accessibility to courts, improve court efficiency, and enhance court management.

8. Review and approve or disapprove court technology projects and establish policies and procedures for the submission of project plans.

9. Monitor the progress of all court automation projects.

10. Oversee, authorize, and support the statewide judiciary IT biennial proposal submitted to the legislature.

**B.    MEMBERSHIP**

The Commission shall be composed of eleven (11) members to be appointed by the Montana Supreme Court. Members shall include: a Supreme Court Justice; the Supreme Court Administrator or designee; a District Court Judge; the Clerk of the Supreme Court or designee; a Clerk of District Court; the chairperson of the Commission on Courts of Limited Jurisdiction Automation Committee; a Judge of a Court of Limited Jurisdiction; the State Law Librarian or designee; a member of the Legislature; the Executive Director of the State Bar of Montana or designee; and a member of the public.

**C.    TERMS OF MEMBERS**

Commission members shall be appointed to staggered three-year terms and may be reappointed for successive terms.

**D.    RESPONSIBILITIES OF MEMBERS**

Commission members shall actively participate in meetings and advisory committees as assigned.

**E.    ORGANIZATION**

The Supreme Court shall appoint a chairperson to organize Commission affairs. Advisory Committees to help the Commission carry out its responsibilities shall be appointed by the chairperson. The advisory committees shall include:

1. Court Automation Advisory Committee (CAAC)

   a. Put-nose

   The Court Automation Advisory Committee will coordinate and oversee planning, implementation and enhancements of automation and technology in the courts. The Committee will make recommendations to the Commission on Technology on policy and direction related to statewide court automation and selection of appropriate statewide court automation solutions and allocation of available resources.

   b. Membership

   The Court Automation Advisory Committee will include representatives of the courts and other organizations as the Commission on Technology chairperson may appoint.

c. <u>Organization</u>

The Commission on 'Technology chairperson shall appoint the CAAC chairperson from among the Committee membership. The CAAC chairperson shall serve a three-year term and may be reappointed for successive terms.

2. Technical Advisory Committee (TAC)

a. <u>Purpose</u>

The Technical Advisory Committee will respond to Commission on Technology requests to recommend specific standards, hardware, and technologies to carry out statewide automation policies and priorities. The TAC will also review technical aspects of automation plans and requests and make recommendations on technical standards and approaches.

b. <u>Membership</u>

The Supreme Court Information Technology Director will chair the Technical Advisory Committee. The TAC chairperson shall serve an indefinite term. The Commission on Technology chairperson will appoint representatives to the committee from the information technology field and other organizations supporting court-related automation,

## F.   <u>MEETINGS</u>

The Commission on Technology shall meet no less than twice a year. The Commission chairperson may call additional meetings as needed. All meetings shall be noticed and open to the public. The Supreme Court may reimburse travel expenses of Commission and Committee members to the extent that funding is available.

## G.   <u>ACTIONS</u>

The Commission on Technology shall adopt rules for conducting business. These rules shall prescribe the quorum and majority needed to constitute Commission actions.

## H.   <u>STAFF</u>

The Court Administrator's Office shall provide staff support for the Commission. The staff may conduct or coordinate research as recommended by the Commission.